IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiff, | ) | 2:97-CR-0381 GEB GGH P |
| | ) | |
| vs. | ) | |
| | ) | |
| BRYAN JAMES EPIS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | ORDER |
| _____ | / | |

       The court desires to make the deadlines more precise in this case.  Therefore, the parties shall meet and confer and determine precise dates for the following events:

       1.  Discovery cutoff;

       2.  Epis' reply date to respond to the government's opposition to non-ineffective assistance of counsel issues;

       3.  Pre-hearing (pretrial) for an evidentiary hearing, or in the alternative, final argument as to all outstanding issues on the merits;

       4.  Evidentiary Hearing (if appropriate).

1

1      The parties shall confer with the undersigned's deputy courtroom clerk to finalize

2   any agreed upon dates.

3   DATED: October 13, 2011

4                                    /s/ Gregory G. Hollows

5                                    UNITED STATES MAGISTRATE JUDGE

6   epissched