IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                          CR-S-97-0381 GEB GGH

vs.

BRYAN JAMES EPIS,

        Defendant                          <u>ORDER</u>

_____/

        On October 13, 2011, the court issued an order directing the parties to meet and confer, and supply pertinent dates to the undersigned's deputy courtroom clerk for: a discovery cutoff, reply briefing date, pre-hearing (pretrial) date, and evidentiary hearing date. After approximately two months, not hearing anything from counsel, the undersigned had his courtroom clerk contact counsel and inquire/cajole about the lack of input from counsel. As of the date of this order, no input has been received.

\\\\\

\\\\\

\\\\\

1

Therefore, the following dates are established, and *no continuances will be granted:*

1. Discovery Cutoff is set for April 6, 2012;

2. Any reply brief by movant as referenced in the October 13 order is due February 29, 2012;

3. A prehearing (preceding an evidentiary hearing) date is set for April 6, 2012 at 9:00 a.m.;

4. An evidentiary hearing, if appropriate, is set for May 15, 2012 at 9:00 a.m.

DATED: January 11, 2012

     /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:035
EpisSched