JOHN BALAZS
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
BRYAN JAMES EPIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN JAMES EPIS,<br><br>    Defendant.<br>_____ | No. CR-S 97-381-GEB-GGH P<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BRYAN EPIS' REPLY ON NON-IAC CLAIMS**<br><br>Hon. Gregory G. Hollows |

Defendant Bryan James Epis, through counsel, and the United States, through counsel, hereby stipulate and request that the Court extend the time for filing of defendant's reply to the government's opposition to his non-IAC claims in his § 2255 motion to March 30, 2012. This stipulation is to provide the defense with additional time to prepare the response in light of the complexity of this case, counsel's schedule in other cases, and his need to consult with the defendant Epis in prison. In addition to an active district court caseload, Epis' counsel has the following briefs and arguments set in the Ninth Circuit Court of Appeals: a reply brief due on February 27, 2012 in *United States v. Ramirez Caballero*, No. 08-10428, a petition for rehearing and rehearing en banc due February 29, 2012 in *United States v. Luong*, No. 07-10225, a reply brief due March 6, 2012 in *Arredondo v. Adler*, No. 10-17654.

and oral argument on March 15, 2012 in *United States v. Pope*, No. 11-10311.

For these reasons, Epis and the government stipulate that the Court extend the due date for Epis' reply brief to the non-IAC claims from February 29, 2012 to March 30, 2012.

It is so stipulated.

Dated:  February 23, 2012

      /s/ John Balazs
      John Balazs

      Attorney for Defendant
      BRYAN JAMES EPIS


      BENJAMIN B. WAGNER
      U.S. Attorney

Dated:  February 23, 2012

      /s/ Samuel Wong
      SAMUEL WONG
      Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

Dated: February 27, 2012

      /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE


epis381.eot