JOHN BALAZS
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
BRYAN JAMES EPIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 97-381-GEB-GGH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BRYAN EPIS' REPLY ON NON-IAC CLAIMS** |
| v. | |
| BRYAN JAMES EPIS, | |
| Defendant. | Hon. Gregory G. Hollows |

Defendant Bryan James Epis, through counsel, and the United States, through counsel, hereby stipulate and request that the Court extend the time for filing of defendant's reply to the government's opposition to his non-IAC claims in his § 2255 motion from March 30, 2012 to April 5, 2012. This stipulation is to provide the defense with additional time to prepare the response in light of the complexity of this case and counsel's schedule in other cases. Further, counsel is recovering from the flu, which has delayed his preparation of Epis's 2255 reply brief.

For these reasons, Epis and the government stipulate that the Court extend the due date for Epis' reply brief to the non-IAC claims from March 30, 2012 to April 5, 2012.

\\\\\

It is so stipulated.

Dated: March 29, 2012

    /s/ John Balazs
John Balazs

Attorney for Defendant
BRYAN JAMES EPIS


BENJAMIN B. WAGNER
U.S. Attorney

Dated: March 29, 2012

By:  /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: April 2, 2012

    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE